Certificate Number: 02998-NJ-DE-035308422

Bankruptcy Case Number: 20-22260



02998-NJ-DE-035308422

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>January 27, 2021</u>, at <u>12:30</u> o'clock <u>PM EST</u>, <u>Joy Birdsong</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 27, 2021</u>

By:   <u>/s/Terri Everett</u>

Name:   <u>Terri Everett</u>

Title:   <u>Counselor</u>