Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 20–22260–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joy Birdsong
   129 Walker Avenue
   Moorestown, NJ 08057

Social Security No.:
   xxx–xx–2130

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               March 23, 2021
Time:              11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*20* – Objection to (related document:doc Notice of Mortgage Payment Change. Re: Claim #: 7, Claimant: Quicken Loans, LLC with Certificate of Service. Filed by Quicken Loans, LLC (Attachments: # 1 Exhibit Escrow Analysis # 2 Certificate of Service) filed by Creditor Quicken Loans, LLC) filed by Lee Martin Perlman on behalf of Joy Birdsong. (Perlman, Lee). Related document(s) 19 Notice of Mortgage Forbearance filed by Creditor PNC BANK, NATIONAL ASSOCIATION. Modified on 2/26/2021 (lgr).

and transact such other business as may properly come before the meeting.

Dated: February 26, 2021
JAN: lgr

                                                                                      Jeanne Naughton
                                                                                     Clerk