UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOY BIRDSONG | CASE NO: 20-22260-JNP<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 24<br>Judge: JNP<br>Hearing Location: Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4C<br>Hearing Date: 3/23/21<br>Hearing Time: 11am<br>Response Date: 3/16/21 |

On 3/2/2021, I did cause a copy of the following documents, described below,

Notice of Motion ECF Docket Reference No. 24

Certification in Support 24

Proposed Order 24

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/2/2021

/s/ /s/ Lee M. Perlman
/s/ Lee M. Perlman
Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856 751 4224

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOY BIRDSONG | CASE NO: 20-22260-JNP<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 24<br>Judge: JNP<br>Hearing Location: Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4C<br>Hearing Date: 3/23/21<br>Hearing Time: 11am |

On 3/2/2021, a copy of the following documents, described below,

Notice of Motion ECF Docket Reference No. 24

Certification in Support 24

Proposed Order 24

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/2/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Lee M. Perlman
Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03121<br>CASE 20-22260-JNP<br>DISTRICT OF NEW JERSEY<br>CAMDEN<br>TUE MAR 2 11-14-10 EST 2021 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~401 MARKET STREET~~<br>~~CAMDEN NJ 08102-1560~~ | BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON DE 19899-8801 |
| CAMPBELL FCU<br>ATTN BANKRUPTCY<br>PO BOX 2737<br>CAMDEN NJ 08101-2737 | CAMPBELL FEDERAL CREDIT UNION<br>494 RT 38 EAST<br>MAPLE SHADE NJ 08052-2036 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE BANK USA NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITISEARS<br>CITIBANKCENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | GLYNDIA BIRDSONG<br>129 WALKER AVENUE<br>MOORESTOWN NJ 08057-2422 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ  SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| PNC BANK NATIONAL ASSOCIATION<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342-5421 | PNC BANK NATIONAL ASSOCIATION<br>LEE MARTIN PERLMAN DEBTORS ATTORNEY<br>LEE M PERLMAN<br>1926 GREENTREE ROAD SUITE 100<br>CHERRY HILL NJ 08003-1100 | PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |

CM/ECF E-SERVICE

| | | |
|---|---|---|
| (+) QUICKEN LOANS<br>ATTN BANKRUPTCY<br>1050 WOODWARD AVENUE<br>DETROIT MI 48226-3573 | QUICKEN LOANS LLC<br>635 WOODWARD AVENUE<br>DETROIT MI 48226-3408 | US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235 |
| USB LEASING LT<br>CO US BANK NATIONAL ASSOCIATION<br>BANKRUPTCY DEPARTMENT<br>PO BOX 5229<br>CINCINNATI OHIO 45201-5229 | US BANK NA RETAIL LE<br>ATTN BANKRUPTCY<br>PO BOX 3447<br>OSHKOSH WI 54903-3447 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| WELLS FARGO BANK NA DBA WELLS FARGO AUT<br>PO BOX 130000<br>RALEIGH NA 27605-1000 | WELLS FARGO DEALER SERVICES<br>ATTN BANKRUPTCY<br>1100 CORPORATE CENTER DRIVE<br>RALEIGH NC 27607-5066 | ISABEL C BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL NJ 08002-2977 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DEBTOR
JOY BIRDSONG
129 WALKER AVENUE
MOORESTOWN NJ 08057-2422

LEE MARTIN PERLMAN
LEE M PERLMAN
1926 GREENTREE ROAD
SUITE 100
CHERRY HILL NJ 08003-1100

ADDRESSES WITH AN EMAIL CONSENT WERE SERVED VIA EMAIL SERVICE THROUGH UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

USTPRegion03.NE.ECF@usdoj.gov

Brian C. Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Creditor)
Quicken Loans, LLC
represented by:
Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com

(Creditor)
PNC BANK, NATIONAL ASSOCIATION
represented by:
Christian Del Toro
Martone & Uhlmann, Professional Corporation
777 Passaic Ave
Clifton, NJ 07012

cdeltoro@martonelaw.com

(Debtor)
Joy Birdsong
129 Walker Avenue
Moorestown, NJ 08057
represented by:
Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

(Trustee)
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

ecfmail@standingtrustee.com