**LAW OFFICE OF**
# MARTONE & UHLMANN
**A PROFESSIONAL CORPORATION**
**777 PASSAIC AVENUE, SUITE 535**
**CLIFTON, NJ 07012**

---

**FRANK J. MARTONE** ♦
**DENNIS P. UHLMANN, JR**∗
**CHRISTIAN DEL TORO**
♦Also Admitted in Illinois
∗Also Admitted in New York

**973.473.3000**

WWW.MARTONELAW.COM

**GENERAL FACSIMILE**
973.473.3243
**REAL ESTATE FACSIMILE**
973.473.7402
FIRM@MARTONELAW.COM

March 9, 2021

FILED VIA ECF

Hon. J. Jerrold N. Poslusny, Jr.
U.S. Bankruptcy Court
Mitchell H. Cohen
400 Cooper Street
4th Floor
Camden, NJ 08101

**Re:** Joy Birdsong
CASE NO.: 20-22260

Dear Clerk:

    I representing PNC Bank National Association in the above referenced matter, we respectfully withdraw the Notice of Request for Mortgage Forbearance, on the docket as number 19, filed on February 11, 2021. I apologize for any inconvenience to the Court.

    Thank you for your attention.

> Very truly yours,
> Martone and Uhlmann, P.C.
>
> */s/ Christian Del Toro, Esq*
> Christian Del Toro, Esq.

cc:    Lee Martin Perlman, ESQ., ATTORNEY FOR DEBTORS—VIA CM/ECF
        Isabel C. Balboa, ESQ., TRUSTEE—VIA CM/ECF