| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Martone and Uhlmann, P.C.<br>777 Passaic Avenue<br>Clifton, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>PNC BANK, NATIONAL ASSOCIATION<br>36.4986 | Case No.: 20-22260-JNP<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |
| In re:<br><br>Joy Birdsong | Chapter 13 |

## AMENDED CERTIFICATION OF SERVICE

1. I, Melissa Uhlmann, am the Paralegal for Martone and Uhlmann, Esq., who represents PNC BANK, NATIONAL ASSOCIATION in the above captioned matter.

2. On May 13, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart:

   Motion to Approve Loan Modification

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 13, 2021                            /s/ Melissa Uhlmann
                                                            Melissa Uhlmann

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joy Birdsong<br>129 Walker Avenue<br>Moorestown, NJ 08057 | Debtor | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road ,Suite 100<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>,535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.