UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Martone and Uhlmann, P.C.
777 Passaic Avenue
Clifton, NJ 07003
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED CREDITOR/SERVICING AGENT
PNC BANK, NATIONAL ASSOCIATION
36.4986

In re:

Joy Birdsong

Order Filed on May 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-22260

Hearing Date: June 8, 2021

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby ORDERED.

**DATED: May 28, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Joy Birdsong |
| Case Number: | 20-22260- JNP |
| Caption of Order: | Order Approving Loan Modification |

THIS MATTER having been opened to the Court upon motion requesting the entry of an Order approving a Loan Modification agreement between the Debtor(s) and PNC Bank ("Creditor") and no objections have been filed and sufficient cause shown,

It is hereby ORDERED that:

1. Motion is hereby granted and the Debtor is permitted to enter into the loan modification agreement with Creditor attached as an Exhibit to the Motion (the "Agreement");

2. The Mortgage secured by real property owned by the Debtor as identified in the Agreement is hereby modified in accordance with the terms set forth in the Agreement.

3. Within fourteen days of the entry of this order, the Debtor shall file an Amended Chapter 13 Plan to include the escrow not included in this deferment;

4. The Creditor shall file an amended post-petition claim within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition claim, the Trustee may disburse the funds in accordance with provisions of the confirmed plan;

5. The Debtor will continue to make their regular mortgage payment as of May 2021.

6. That if the Debtor should default and fail to make any of the aforesaid payments on the due date or any future payments outside of the plan to the secured creditor, for more than thirty (30) days from the due date, then this Court will enter an Order Vacating the Automatic Stay of the Bankruptcy Code with respect to the Secured Creditor's lien, upon Certification by the Secured Creditor's attorney as to the non-receipt of said payment. Said Order will not require the consent of the Debtor regarding form or substance, but a copy of the Order will be transmitted to the Debtor via ordinary mail and to the Debtor's attorney via e-mail at the time of the transmittal of said Order to the Court for signature; and it is further

7. Communication and/or negotiations between Debtor and mortgagees, mortgage servicers about loan modification shall not be deemed as a violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-22260-JNP
Joy Birdsong                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2
Date Rcvd: May 28, 2021            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

**Recip ID**        **Recipient Name and Address**
db            + Joy Birdsong, 129 Walker Avenue, Moorestown, NJ 08057-2422

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:**

**Name**        **Email Address**

Brian C. Nicholas
     on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Christian Del Toro
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
     on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Lee Martin Perlman
     on behalf of Debtor Joy Birdsong ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

TOTAL: 6