JOY BIRDSONG
129 WALKER AVENUE
MOORESTOWN, NJ 08057

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (Camden)

| | |
|---|---|
| In Re:<br><br>JOY BIRDSONG<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 20-22260-JNP<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.    The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.    The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.    Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: January 05, 2022

ICB:   KES
via first class mail:

    JOY BIRDSONG

Respectfully submitted,

*/s/ ISABEL C. BALBOA*
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

IN RE:

_____

Debtor(s).

Proceedings in Chapter 13

Case Number: _____ (ABA / JNP)

CERTIFICATION OF DEBTOR
FOR DISSOLUTION OF A BUSINESS
WITHIN THE LAST TWO (2) YEARS

I, **Joy Birdsong**, being duly sworn, upon my oath state:

1. I had an ownership interest in the business known as **JRMR Group**.
2. I operated the business at **129 Walker Ave, Moorestown NJ 08057 (online)**
3. I operated this business as a (sole **proprietorship**, LLC, LLP, Partnership, Corp. or Franchise).
4. I started this business on **04/02/2018**
5. I ended this business on **07/18/2020**
6. I had an ownership interest of **25** %.
7. I **DISSOLVED** (dissolved, cancelled or sold) the business.
8. I **HAVE** (have/have not) complied with all Federal and State requirements regarding the closure of this business.
9. I had bank accounts in the following financial institutions which were utilized for my business operations (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| PNC BANK | Business | |
| | | |
| | | |

10. I **HAVE** (have/have not) closed these accounts with the bank.
11. I **HAVE** (have/have not) filed **final** business tax returns with the Internal Revenue Service and State of New Jersey or any other state or commonwealth for all the prior tax years, for which I/the business were required to file a return.
12. At the time of closing, the value of my business assets, including tools, equipment, inventory, and accounts totaled $ **0**.
13. At the time of closing, I had business obligations which totaled $ **0**.

Page 1 of 2

14. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

☑ Verification of dissolution of the business from the Internal Revenue Service and/or State of New Jersey or any other state or commonwealth;

☑ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements; and

☐ Bank statements for six (6) months ending the month prior to filing OR verification that all business accounts have been closed.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 1/1/2021

/s/ _____
Debtor

Date: _____

/s/ _____
Co-Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE: | Proceedings in Chapter 13 |
|---|---|
| Joy Birdsong | Case Number: 20-22260-JNP (ABA / JNP) |
| Debtor(s). | CERTIFICATION OF DEBTOR DERRIVING INCOME FROM AN INTEREST IN AN ACTIVE BUSINESS |

I, **Joy Birdsong** being duly sworn, upon my oath state:

1. I have an ownership interest in the business known as **Established 1996**.
2. I operate this business at **129 Walker Avenue, Moorestown (online business)**
3. I (**OWN** / lease) this property.
4. I operate this business as a (sole **proprietorship**, LLC, LLP, Partnership, Corp. or Franchise).
5. I started this business on **12/14/2018**
6. I have an ownership interest of **50** %.
7. I (**DO NOT** / not) have insurance coverage for this business in place at this time.
8. As of the date of this certification, I have the following insurance coverage(s) in place:

   ☐ Business owner's policy (BOP);  ☐ Commercial auto insurance;
   ☐ General liability insurance;    ☐ Professional liability insurance (E&O);
   ☐ Property insurance;             ☐ Worker's compensation insurance;
   ☐ Malpractice insurance;          ☐ Other: _____;
   ☑ No insurance required.

9. I (do / **DO not** / am not required to) have an active license or permit to operate my business.
10. I have bank accounts in the following financial institutions which are utilized for my business operations (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| NOVO | Business Checking | 7266 |
| | | |
| | | |

11. I (**have** / have not) filed business tax returns with the Internal Revenue Service for all the prior tax years, for which I/the business was required to file a return.

Page 1 of 2

12. I (**HAVE** have not) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I/the business was required to file a return.

13. I (**DO NOT** not) incur trade credit or make payment arrangements defined under the Bankruptcy Code which require the exchange of credit by debtor to creditor or the extension of creditors' supplies to debtor.

14. I (**HAVE NOT** not) pledged any business receivables, rents, profits, or other cash collateral for any loans.

15. I (**DO NOT** not) have a line of credit with any financial institution for my business(es).

16. I (**HAVE NOT** not) provided financial statements to a third party for my business within the two (2) years proceeding the filing of this bankruptcy.

17. As of the date of this certification, the value of my business assets, including tools, equipment, inventory, and accounts total $ 5000.00.

18. As of the date of this certification, I have business obligations which total $ 0.

19. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

    - ☑ LLC Charter, Partnership Agreement, Certificate of Incorporation, or Franchise Agreement;
    - ☐ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    - ☐ Current insurance declaration page;
    - ☐ Current license and/or permit, plus municipal and county licenses and certifications;
    - ☑ Bank statements for one (1) full year ending the month prior to filing; and
    - ☑ Profit and loss statements for one (1) full year ending the month prior to filing.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 1/1/2021      /s/ _[signature]_
                        Debtor

Date: _____   /s/ _____
                        Co-Debtor

Page 2 of 2