Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−22260−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joy Birdsong
   129 Walker Avenue
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−2130

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 6, 2022.

Dated: January 6, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-22260-JNP
Joy Birdsong  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jan 06, 2022      Form ID: plncf13      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joy Birdsong, 129 Walker Avenue, Moorestown, NJ 08057-2422 |
| 519018078 | + | Campbell Federal Credit Union, 494 Rt 38 East, Maple Shade NJ 08052-2036 |
| 519008682 | + | Glyndia Birdsong, 129 Walker Avenue, Moorestown, NJ 08057-2422 |
| 519013087 | + | PNC Bank, National Association, Lee Martin Perlman, Debtors Attorney, Lee M. Perlman, 1926 Greentree Road ,Suite 100, Cherry Hill, NJ 08003-1100 |
| 519008687 | + | Us Bank Na Retail Le, Attn: Bankruptcy, Po Box 3447, Oshkosh, WI 54903-3447 |
| 519022815 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NA 27605-1000 |
| 519008688 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519008675 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 06 2022 20:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519008676 | + | Email/Text: LSOLTNER@CAMPBELLCU.ORG | Jan 06 2022 20:36:00 | Campbell FCU, Attn: Bankruptcy, Po Box 2737, Camden, NJ 08101-2737 |
| 519008677 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2022 20:39:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519016927 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2022 20:39:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519008680 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2022 20:49:44 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519014752 | | Email/Text: mrdiscen@discover.com | Jan 06 2022 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519008681 | + | Email/Text: mrdiscen@discover.com | Jan 06 2022 20:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519008683 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2022 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519008679 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 06 2022 20:39:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519031041 | + | Email/Text: RASEBN@raslg.com | Jan 06 2022 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519041360 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2022 20:39:20 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2022 | Form ID: plncf13 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 519048331 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2022 20:35:00 | PNC Bank National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519008684 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2022 20:35:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519008685 + | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2022 20:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519029906 + | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2022 20:36:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519066660 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 06 2022 20:36:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519057360 + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2022 20:39:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519008678 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519008686 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 06, 2022 | Form ID: plncf13 | Total Noticed: 26

Lee Martin Perlman  on behalf of Debtor Joy Birdsong ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Phillip Andrew Raymond  on behalf of Creditor USB Leasing LT phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8