Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-22260 (JNP)

Joy Birdsong  
129 Walker Avenue  
Moorestown, NJ  08057

Monthly Payment: $1,223.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/21/2022 | $1,223.00 | 02/18/2022 | $1,223.00 | 03/18/2022 | $1,223.00 | 04/18/2022 | $1,223.00 |
| 05/13/2022 | $1,223.00 | 06/24/2022 | $1,223.00 | 07/25/2022 | $1,223.00 | 08/22/2022 | $1,223.00 |
| 09/19/2022 | $1,223.00 | 10/17/2022 | $1,223.00 | 11/14/2022 | $1,223.00 | 12/12/2022 | $1,223.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOY BIRDSONG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $4,095.00 | $4,095.00 | $0.00 | $0.00 |
| 1 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMPBELL EMPLOYEES F.C.U. | 33 | $6,891.50 | $2,574.94 | $4,316.56 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $6,502.14 | $2,429.46 | $4,072.68 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $10,527.75 | $3,933.57 | $6,594.18 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $2,619.00 | $978.56 | $1,640.44 | $0.00 |
| 6 | DISCOVER BANK | 33 | $21,643.57 | $8,086.89 | $13,556.68 | $0.00 |
| 7 | GLYNDIA BIRDSONG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $1,714.80 | $1,714.80 | $0.00 | $0.00 |
| 9 | PNC BANK, N.A. | 24 | $2,565.33 | $2,565.33 | $0.00 | $0.00 |
| 10 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | USB LEASING LT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK, N.A. | 33 | $8,872.67 | $3,315.18 | $5,557.49 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 33 | $483.26 | $180.57 | $302.69 | $0.00 |
| 17 | CAPITAL ONE BANK USA, N.A. | 33 | $2,249.75 | $840.59 | $1,409.16 | $0.00 |
| 18 | VERIZON BY AMERICAN INFOSOURCE | 33 | $441.72 | $165.05 | $276.67 | $0.00 |
| 19 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2020 | 13.00 | $0.00 |
| 12/01/2021 | Paid to Date | $20,264.00 |
| 01/01/2022 | 46.00 | $1,223.00 |
| 11/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $14,676.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,117.82 |
| Arrearages: | $0.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

Case 20-22260-JNP    Doc 45    Filed 01/26/23    Entered 01/26/23 21:03:25    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**